# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:25-cv-00674-CV (DTBx)**                                Date: **October 9, 2025**

Title: <u>**Jose Renteria v. Home Depot U.S.A., Inc., et al.**</u>

=================================================================

**DOCKET ENTRY**

=================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

<u>Rachel Maurice</u>                                                      <u>       n/a      </u>
Deputy Clerk                                                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANT(S):

None present                                                                  None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING STIPULATED PROTECTIVE ORDER**

   The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration. The parties are advised that the Court declines to issue the proposed protective order to which they have stipulated for the following reasons:

   1.   The parties have not made a showing of good cause, as required by Fed. R. Civ. P. 26(c). Such showing should be made separate from the parties' stipulation regarding the terms of the proposed protective order.

   The parties are encouraged to review the exemplar proposed stipulated protective order on the Court's procedures and schedules.

   **IT IS SO ORDERED**.