Peter W. Dye, Esq. (SBN 200367)
Dennis V. Chau, Esq. (SBN 351472)
KOELLER, NEBEKER, CARLSON & HALUCK, LLP
1478 Stone Point Drive, Suite 435
Roseville, CA  95661
Telephone:  (916) 724-5700
Facsimile:  (916) 788-2850
Email: peter.dye@knchlaw.com
       dennis.chau@knchlaw.com

Attorneys for Defendant,
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RENTERIA,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1-10,<br><br>    Defendants. | Case No. 5:25-cv-00674-CV (DTBx)<br><br>[**PROPOSED**] **ORDER GRANTING SECOND AMENDED STIPULATION AND PROTECTIVE ORDER**<br><br>Complaint Filed:  Nov. 21, 2024<br>Trial:            July 14, 2026 |

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves the Second Amended Stipulation and Protective Order as set forth and agreed upon by the parties in their Stipulation.

**IT IS SO ORDERED.**

Dated: December 4, 2025               _____
                                      HON. JUDGE OF THE DISTRICT COURT

---

1

**SECOND AMENDED STIPULATION AND PROTECTIVE ORDER**

**RENTERIA VS THE HOME DEPOT ET AL**
United States District Court – Central District of California
Court Case No. 5:25-cv-00674-CV-SHK

# DECLARATION OF PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action; my business address is, and I am employed at KOELLER NEBEKER CARLSON & HALUCK, LLP, 1478 Stone Point Drive, Suite 435, Roseville, CA 95661.

On the date below I served the following document(s) on the person(s) listed below as follows:

**[PROPOSED] ORDER GRANTING SECOND AMENDED STIPULATION AND PROTECTIVE ORDER**

|   |   |
|---|---|
|   | **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Roseville, California. |
|   | **BY PERSONAL SERVICE.** I caused to be delivered the above-listed document(s) by hand to the office of the person(s) listed below. |
|   | **BY OVERNIGHT DELIVERY.** I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below. |
|   | **BY FACSIMILE.** I caused the above-listed document(s) to be transmitted by facsimile machine to the office of the person(s) listed below. |
|   | **BY FILE & SERVE XPRESS (Electronic Service).** E-Service in this action was completed on all parties appearing on the FILE & SERVE XPRESS electronic service list by uploading and posting the above-named document(s) on the FILE & SERVE XPRESS website during regular business hours. The file transmission was reported as complete and a copy of the filing receipt page will be maintained with the original document(s) in our office. |
| X | **CM/ECF ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury the foregoing is true and correct under the laws of the State of California.

Executed at Roseville, California, on **December 2, 2025**.

*Jody Palo*
JODY PALO

PROOF OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RENTERIA VS THE HOME DEPOT ET AL**

United States District Court – Central District of California
Court Case No. 5:25-cv-00674-CV-SHK

# SERVICE LIST

| NAMES & ADDRESSES: | PHONE NO.: FAX NO: | PARTY REPRESENTED: |
|---|---|---|
| Gerald L. Marcus, Esq.<br>T. Vincent Consolo, Esq.<br>LAW OFFICES OF GERALD L. MARCUS<br>24025 Park Sorrento, Suite 430<br>Calabasas, CA 91302 | Tele: (818) 784-8544<br>Fax:  (818) 784-5970<br><br>Emails:<br>Vinnie@injurynetwork.org<br>Ryan@injurynetwork.org<br>Carmela@injurynetwork.org<br>Vanessa@injurynetwork.org<br>L.howe@injurynetwork.org<br>v.consolo@injurynetwork.org | ATTORNEY FOR PLAINTIFF JOSE RENTERIA |

PROOF OF SERVICE